AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) Case No. 7:26-mj-2749 |
| | ) |
| Ana Karen Quintero Cardenas (Mexico / 2000) | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 3, 2024 _____ in the county of _____ Hidalgo _____ in the _____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(c) | Marriage Fraud - Any individual who knowingly enters into a marriage for the purpose of evading any provision of the immigration laws. |

This criminal complaint is based on these facts:

See Attachment A

United States District Court
Southern District of Texas
**FILED**

JUL 3 1 2026

Nathan Ochsner, Clerk

☑ Continued on the attached sheet.

Approved by AUSA Patricia Profit

/s/  Mirna Garcia
*Complainant's signature*

Mirna Garcia, SA - Homeland Security Investigations
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: 7/31/26 4:39 p.h.

*Judge's signature*

City and state:   McAllen, Texas

Juan F. Alanis, United States Magistrate Judge
*Printed name and title*

## Attachment A

The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause.

In May 2025, Homeland Security Investigations (HSI) McAllen conducted a consensual interview with Ana Karen QUINTERO-Cardenas (ANA), following the arrest of her father Humberto "Beto" QUINTERO.

During the interview, ANA admitted to providing false information to U.S. Citizenship and Immigration Services (USCIS) during her Lawful Permanent Resident (LPR) application, specifically regarding her employment. ANA admitted to working in the United States unlawfully since 2019 as the manager of a family-owned used clothing warehouse.

In May 2026, HSI McAllen received information regarding possible marriage fraud involving ANA and Cesar Ivan MARTIN (MARTIN).

On May 13, 2026, HSI McAllen obtained the immigration application submitted to U.S. Citizenship and Immigration Services (USCIS) by ANA and MARTIN with a 'Certification Date' of January 24, 2025.

On July 31, 2026, HSI agents interviewed Cesar MARTIN. Prior to questioning, agents advised MARTIN of his Miranda rights. MARTIN stated he understood his rights and voluntarily waived them, both orally and in writing. MARTIN then provided the following non-verbatim statements, which are paraphrased and not necessarily presented in the order given:

MARTIN identified himself as a U.S. citizen and stated that he married ANA, although he was uncertain or    inconsistent regarding the exact month of the marriage.

MARTIN stated that he petitioned for ANA and that she obtained lawful permanent resident status.

MARTIN further admitted that ANA never lived with him at the address reported on the marriage application.

MARTIN also stated that, the day before the USCIS appointment, he and ANA met to review important dates.

MARTIN admitted that he fraudulently married ANA on September 3, 2024, so she could obtain immigration benefits.